**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  William J Franklin | ) | Case no. 18-28244 |
| Pamela D Franklin | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Judge:  Pamela S. Hollis |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| William J Franklin | David M Siegel | CreditBox.com, L.L.C. |
| Pamela D Franklin | 790 Chaddick Dr | P.O. Box 2447 |
| 1705 Arber Ln #108 | Wheeling, IL 60090 | Des Plaines, IL 60017 |
| Crest Hill, IL  60403 | | |

Please take notice that on Friday, July 12, 2019 at 10:30 am, a representative of this office shall appear before the Honorable Judge Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors and creditor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Friday, May 24, 2019.

/s/ Benjamin Ruggles

For:  Glenn Stearns, Trustee

---

**OBJECTION TO CLAIM # 14**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests disallowance of the above referenced claim pursuant to 11 U.S.C. Section 502(b) and in support thereof, states the following:

1. On October 08, 2018 the Debtors filed a petition under Chapter 13.
2. The bar date for non-governmental creditors to file claims was 12/17/2018.
3. CREDITBOX.COM LLC filed a claim on December 18, 2018 (# 14 on PACER) in the amount of $1,183.39; the claim was filed after the claims bar date.
4. Pursuant to §502(b)(9) if an objection is made to a claim that was filed after the applicable bar date it must be disallowed as not timely filed.

WHEREFORE, the Trustee prays that said late filed claim of Creditbox.Com Llc be disallowed, and for such other and further relief as this court deems proper.

Respectfully Submitted;

/s/  Gerald Mylander

For:  Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888