UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  18-28244 |
| WILLIAM & PAMELA FRANKLIN | ) | (Jointly Administered) |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

Debtors' Motion to Modify is GRANTED.

It is hereby ORDERED that:

1) The Debtors' Chapter 13 plan payment is decreased to $775.00 per month.

2) The Debtors' Chapter 13 plan is allowed to last 84 months pursuant to the Coronavirus Air, Relief and Economic Security Act.

3) Debtors' Chapter 13 plan base shall remain the same.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  October 23, 2020

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com